**Billy BATEMON, Appellant,**

v.

**PINE BLUFF POLICE DEPART-MENT; David Vilches, Personally and in his Official Capacity as Detective of Pine Bluff Police Department, Sharon Reed, Personally and in her Official Capacity as Detective of Pine Bluff Police Department, Appellees.**

No. 10–1912.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 10, 2010.

Filed: Sept. 17, 2010.

Billy Batemon, Pine Bluff, AR, pro se.

Joe Denver Childers, City of Pine Bluff City Attorney's Office, Pine Bluff, AR, for Appellees.

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, Billy Batemon appeals the district court's[1] dismissal of his complaint under Federal Rule of Civil Procedure 12(b)(6). After careful de novo review, *see Schaaf v. Residential Funding Corp.*, 517 F.3d 544, 549 (8th Cir.2008), we agree with the district court that Batemon's complaint was filed outside the applicable limitations period and that

1. The HONORABLE SUSAN WEBBER WRIGHT, United States District Judge for the

he presented no basis for equitable tolling. His remaining arguments are not properly before us or lack merit. Accordingly, we affirm. *See* 8th Cir. R. 47B.

Eastern District of Arkansas.